

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2019

No. 04-19-00149-CV

**EX PARTE RUBEN RIOS**,

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-W-0521
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The trial court appointed counsel to represent appellant in this appeal, thereby finding him indigent. *See* TEX. CODE CRIM. PROC. ANN. art. 26.04. Accordingly, appellant is not required to pay the filing fee or the fees for the preparation and filing of the appellate record. The clerk's record was filed in this appeal on March 19, 2019. The clerk of this court is directed to electronically transfer the reporter's records filed in appeal number 04-17-00652-CV to this appeal. Appellant's brief must be filed within thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2019.

KEITH E. HOTTLE,
Clerk of Court